UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW CHAPNICK,

    Plaintiff,

v.                                    Case No. 5:22cv25-TKW-MJF

DIRECTOR CARVAJAL, et al.,

    Defendant.

_____/

## ORDER

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

    Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. That this case is **DISMISSED** without prejudice based on Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to comply with court orders.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 11th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**